UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00333-RLY-KMB |
| | ) | |
| BRIAN FENNER, | ) | -01 |
| | ) | |
| Defendant. | ) | |

Courtroom Minutes for June 8, 2023

Before the Hon. Richard L. Young, Judge

 Comes now the government by AUSA Kathryn Olivier, the defendant appears in person and by CJA counsel Joshua Moudy, the USPO is represented by Elsi Bernabe, for the sentencing of the defendant.

 The parties advise the court of matters in dispute regarding the presentence report. The court hears argument and rules on those objections.

 The court now sentences the defendant.

 The defendant is released on conditions previously imposed.

Copies: All counsel of record